UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GINO MARIO RECCHIA, III, individually and as owner of MASS ARMAMENT, LLC, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>MAURA HEALEY, in her official capacity as Governor of the Commonwealth of Massachusetts, and in her individual capacity,<br><br>Defendants. | CIVIL ACTION<br>NO. 1:24-cv-12560-RGS |

**GOVERNOR MAURA HEALEY'S MOTION TO DISMISS THE COMPLAINT**

Defendant Maura Healey, in her official capacity as Governor of the Commonwealth of Massachusetts and in her individual capacity, hereby moves to dismiss the complaint, which challenges Massachusetts's restrictions on certain semiautomatic assault weapons and large-capacity magazines, Mass. Gen. Laws ch. 140, §§ 121 and 131M. The complaint is subject to dismissal for at least three reasons.

First, plaintiffs have not plausibly alleged official-capacity claims against the Governor for a violation of either the dormant Commerce Clause, Second Amendment, or Equal Protection Clause to the U.S. Constitution. Second, plaintiffs' individual-capacity claims against the Governor should be dismissed because the Governor is entitled to qualified immunity. Finally, to the extent plaintiffs purport to raise state-law claims against the Governor in her official capacity, the Eleventh Amendment bars those claims. For these reasons, the complaint should be dismissed, with prejudice. *See* Fed. R. Civ. P. 12(b)(1), (6).

WHEREFORE, the Governor respectfully requests that the Court dismiss the complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), with prejudice.

Respectfully submitted,

MAURA HEALEY, in her official capacity as Governor of the Commonwealth of Massachusetts, and in her individual capacity,

By her attorneys,

*/s/ Vanessa A. Arslanian*
Vanessa A. Arslanian, BBO No. 688099
*Assistant Attorney General*
Massachusetts Office of the Attorney General
Constitutional and Administrative Law Division
One Ashburton Place
Boston, MA  02108
(617) 963-2107
vanessa.arslanian@mass.gov

Dated:  December 23, 2024

## LOCAL RULE 7.1 CERTIFICATION

I hereby certify that prior to filing this motion I conferred with counsel for plaintiffs by phone on December 20, 2024 and was unable to resolve or narrow the issue.

/s/ *Vanessa A. Arslanian*
Vanessa A. Arslanian
Assistant Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants.

/s/ *Vanessa A. Arslanian*
Vanessa A. Arslanian
Assistant Attorney General

Dated: December 23, 2024