UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GINO MARIO RECCHIA, III, individually and as owner of MASS ARMAMENT, LLC, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MAURA HEALEY, in her Official Capacity as Governor of the Commonwealth of Massachusetts and in her Individual Capacity, <br><br> Defendant. | Civil No.: 1:24-cv-12560 |

## ASSENTED TO MOTION TO EXTEND THE TIME TO FILE AN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

NOW COMES, the Plaintiff, Gino Mario Recchia III, by and through undersigned counsel, and hereby requests that this Honorable Court extend the time for Plaintiff to file an opposition to Defendant's Motion to Dismiss (filed on **December 23**, 2024), one day before the Christmas Holiday with a due date of December 30, 2024, one day before the New Years Holiday. Consequently, counsel is respectfully requesting an additional 21 days up to and including **January 24, 2025** to file an opposition.

As grounds and reasons therefore, counsel requires additional time to file an Opposition because he has taken time off to spend the Christmas and New Years Holidays with his family and has two Jury trials in the month of January scheduled for January 8 to 10, 2025 and January 21 to the 23, 2025. Additionally, Plaintiff's counsel has spoken with counsel for the Defendant, who has agreed to this request for an extension.

WHEREFORE, in the interests of justice, Plaintiff respectfully requests that this Honorable Court extend the time for Plaintiff to file an opposition to Defendant's Motion to Dismiss (filed on December 23, 2024) up to and incuding January 24, 2025.

Respectfully submitted,
The Plaintiff,
Gino Mario Recchia III,

By his attorney,

DATED: December 26, 2024

/s/ Richard C. Chambers, Jr., Esq.
Richard C. Chambers, Jr., Esq.
BBO#: 651251
Chambers Law Office
220 Broadway, Suite 404
Lynnfield, MA 01940
Office: (781) 581-2031
Cell: (781) 363-1773
Fax: (781) 581-8449
Email: Richard@chamberslawoffice.com

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system and will therefore be sent electronically to the registered participants as identified on the Notice of Electric Filing (NEF) and paper copies will be sent this day to those participants indicated as non-registered participants.

DATED: December 26, 2024

/s/ Richard C. Chambers, Jr., Esq.
Richard C. Chambers, Jr., Esq.