UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GINO MARIO RECCHIA, III, individually and as owner of MASS ARMAMENT, LLC, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MAURA HEALEY, in her Official Capacity as Governor of the Commonwealth of Massachusetts and in her Individual Capacity, <br><br> Defendants. | Civil No.: 1:24-cv-12560-RGS |

## PLAINTIFF'S ASSENTED TO MOTION TO EXTEND TIME TO FILE AN AMENDED COMPLAINT

NOW COMES, the Plaintiff, by and through undersigned counsel, and with the <u>assent</u> of the Assistant Attorney General and respectfully moves this Honorable Court for an extension of time, to thirty (30) additional days from May 17, 2025, to amend the instant Complaint pursuant to the Court's April 17, 2025 Order. In support of the Motion, undersigned counsel submits the following:

1. In the above-mentioned Order, the Court granted Plaintiff's thirty (30) days, until May 17, 2025 to amend the Complaint.

2. Counsel is scheduled to begin a federal criminal jury trial before Judge Young on May 12, 2025 in *United States v. Norton, et al.* and is spending considerable time reviewing evidence and documents in the case, beside maintaining many other court dates previously made.

3. Moreover, the matters in this case are of great constitutional magnitude and complex in nature.

1

4.  Considerable new decisions are being handed down, including an important one from the First Circuit being *Capen v. Campbell*, published on April 17, 2025, which Counsel has as yet had time to peruse and which decision is important to the instant case.

5.  Assistant Attorney General Vanessa A. Arslanian has assented to this Motion.

Respectfully submitted,<br>
The Plaintiffs,<br>
Gino Mario Recchia, III, individually and as owner of Mass Armament, LLC, Inc.,<br>
By their attorney,

DATED: May 2, 2025

*/s/ Richard C. Chambers, Jr., Esq.*
Richard C. Chambers, Jr., Esq.
BBO#: 651251
Chambers Law Office
220 Broadway, Suite 404
Lynnfield, MA 01940
Office: (781) 581-2031
Cell: (781) 363-1773
Fax: (781) 581-8449
E-mail: Richard@chamberslawoffice.com

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system and will therefore be sent electronically to the registered participants as identified on the Notice of Electric Filing (NEF) and paper copies will be sent this day to those participants indicated as non-registered participants.

DATED: May 2, 2025

*/s/ Richard C. Chambers, Jr., Esq.*
Richard C. Chambers, Jr., Esq.