UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **GINO MARIO RECCHIA, III,** individually and as owner of MASS ARMAMENT, LLC, INC., and **MASS ARMAMENT, LLC, INC.**<br><br>Plaintiffs,<br><br>v.<br><br>**ANDREA JOY CAMPBELL,** in her official capacity as Attorney General of the Commonwealth of Massachusetts; and **TERRENCE M. REIDY,** in his official capacity as Secretary of the Executive Office of Public Safety and Security of the Commonwealth of Massachusetts,<br><br>Defendants. | Civil No.: 1:24-cv-12560-RGS |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that the Plaintiffs, Gino Mario Recchia, III, individually and as owner of Mass Armament, LLC, Inc., and Mass Armament, LLC, Inc., hereby appeal to the United States Court of Appeals for the First Circuit from the Order of the District Court (Stearns, D.J.), dated August 5, 2025, granting the *Defendants' Motion to Dismiss First Amended Complaint with Prejudice* in the above-numbered case.

1

Respectfully submitted,
The Plaintiffs,
Gino Mario Recchia, III, individually and as owner of Mass Armament, LLC, Inc.,
By their attorney,

DATED: August 22, 2025

/s/ Richard C. Chambers, Jr., Esq.
Richard C. Chambers, Jr., Esq.
BBO#: 651251
Chambers Law Office
220 Broadway, Suite 404
Lynnfield, MA 01940
Office: (781) 581-2031
Cell: (781) 363-1773
Fax: (781) 581-8449
E-mail: Richard@chamberslawoffice.com

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system and will therefore be sent electronically to the registered participants as identified on the Notice of Electric Filing (NEF) and paper copies will be sent this day to those participants indicated as non-registered participants.

DATED: August 22, 2025

/s/ Richard C. Chambers, Jr., Esq.
Richard C. Chambers, Jr., Esq.